UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re: UNIVERSAL HEALTH CARE GROUP, INC., et al.,

SONEET KAPILA,

Plaintiff,

v. CASE NO. 8:21-cv-1884-SDM

WARBURG PINCUS, LLC, et al.,

Defendants.
______________________________________/

**ORDER**

To preserve a trial by jury, the plaintiff moved in an earlier action (8:15-cv-636-CEH) to withdraw the reference of the adversary proceeding (8:15-ap-132-CED) but requested that the bankruptcy court first resolve the pretrial matters. (8:15-cv-636-CEH, Doc. 1) The district court denied the motion but granted leave to renew the motion after resolution of the pretrial matters. (8:15-cv-636-CEH, Doc. 6) Because the pretrial matters have resolved, the parties jointly renew the motion (Doc. 1) to withdraw the reference.

The plaintiff seeks to avoid transactions with the defendants on the claim that the transactions were fraudulent or unfair and seeks damages against two defendants for a breach of fiduciary duty. Because each claim asserts a "private right" (rather than a "public right"), under *Stern v. Marshall*, 564 U.S. 462, 492 (2011), the

bankruptcy court cannot enter final judgment in this proceeding and withdrawal to the district court for trial eliminates redundancy. Further, withdrawal is warranted because the plaintiff demonstrates entitlement to a jury trial on the breach of fiduciary duty claim. *In re Environmental Wood Prods., Inc.*, 609 B.R. 901, 917 (Bankr. S.D. Ga. 2019).

Because the parties demonstrate cause to withdraw the reference of the adversary proceeding, the joint motion (Doc. 1) to withdraw the reference is **GRANTED**, and the adversary proceeding (8:15-ap-132-CED) is **WITHDRAWN**. The clerk is directed (1) to transmit a copy of this order to the clerk of the United States Bankruptcy Court for the Middle District of Florida and (2) to close the case.

ORDERED in Tampa, Florida, on September 24, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE